No. 71–5921. MAHAFFEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 71–5926. JONES *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 71–5927. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–5928. DRAKEFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–5929. WATTS *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 71–5931. SCHOORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5935. LEWIS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 71–5940. SCHROEDER *v.* BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–5942. ARRIAGADA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–5943. BRAYTON ET AL. *v.* HOLLOPETER ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 71–5944. KYLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5945. DOWELL *v.* JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–5950. DOLLAR *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.